30980

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JUAN ESCOBEDO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 20 cv 1738 |
| | ) | (Circuit Court of Cook County |
| NEW PRIME, INC., and | ) | No. 2020 L 001689) |
| DAVID FEDDON, | ) | |
| | ) | |
| Defendants, | ) | |

**DEFENDANTS' NEW PRIME, INC. AND DAVID FEDDON NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. §§ 1332, 1441, AND 1446**

Defendants, NEW PRIME, INC. and DAVID FEDDON hereby give notice that this action is removed from the Circuit Court of Cook County, Law Division, in the State of Illinois, to the United States District Court for the Northern District of Illinois, Eastern Division, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, and respectfully state as follows:

1. On February 10, 2020, the plaintiff, JUAN ESCOBEDO, filed a civil complaint captioned Juan Escobedo v. New Prime, Inc. and David Feddon., Case No. 2020 L 001689, in the Circuit Court of Cook County, Law Division, Illinois. The complaint alleges that David Feddon was operating a Freightliner truck as an employee or agent of New Prime, Inc. which was involved in an accident with a vehicle operated by the plaintiff Juan Escobedo on September 17, 2019. (See Complaint at Law, attached hereto as **Exhibit A**.)

2. On February 18, 2020, defendant David Feddon was served with the Complaint at Law.

3. Defendant, New Prime, Inc., has not yet been served with the Complaint at Law.

1

4. The Hunt Law Group, LLC, has been retained to defend New Prime, Inc. and David Feddon in this action and both defendants consent to removal.

5. The defendant New Prime, Inc., is a citizen of the state of the State of Nebraska and the State of Missouri. New Prime, Inc., is now and was at the time of the occurrence and the commencement of this lawsuit incorporated in the State of Nebraska, with its principal place of business in Springfield, Missouri.

6. The defendant David Feddon is a citizen of Florida.

7. At all times relevant herein, plaintiff was a citizen of Illinois. (See Correspondence, attached hereto as **Exhibit B**.)

8. Accordingly, neither of the defendants is a citizen of the State of Illinois and neither has a principal place of business in Illinois. Therefore, there is complete diversity between the parties pursuant to 28 U.S.C. § 1332(a)(1) and §1441(b).

9. The named defendant, New Prime, Inc., does not have any parent corporations. No company owns more than ten percent (10%) of New Prime, Inc.'s stock (See New Prime, Inc.'s Corporate Disclosure Statement, attached hereto as **Exhibit C**.)

10. Defense counsel confirmed with plaintiff's counsel in a correspondence that the amount-in-controversy exceeds $75,000. (See **Exhibit B**.)

11. The plaintiff's two count complaint alleges negligence against defendants New Prime, Inc. and David Feddon, respectively, and includes a prayer for relief in excess of $50,000 plus costs to plaintiff. Based upon the allegations in the Complaint, and counsel for defendant's correspondence with plaintiff's counsel, the defendants state that it is their good-faith belief that the amount-in-controversy exceeds $75,000, exclusive of interest and costs. *See, Dart Cherokee Basin Operating Co. v. Owens*, 574 U.S. 81 (2015); *Midland Management v. American Alternative*

*Ins. Corp.*, 132 F.Supp.3d 1014 (N.D.Ill. 2015); *Roppo v. Travelers Commercial Ins. Co.*, 869 F.3d 568 (7th Cir. 2017).

12. The Court has original jurisdiction over this action pursuant to 28 U.S.C. §§ 1332, and this action may be removed to this Court by the defendants pursuant to 28 U.S.C. §§ 1446(a), because it is a civil action between citizens of different states, the matter in controversy exceeds the sum of $75,000 exclusive of interest and costs, and this Court is the District Court of the United States for the district and division encompassing the place where the action is pending.

13. This Notice of Removal is being filed within the thirty-day deadline as prescribed by 28 U.S.C. §§ 1446(b).

14. Attached to this filing are certified copies of all pleadings and orders that have been filed in the state court action. (See **Exhibit D**.)

15. Promptly after filing this Notice of Removal, the defendants will file a true and accurate copy of this Notice of Removal with the clerk of the Circuit Court of Cook County, Law Division, Illinois. Written notice of the filing will also be provided to the plaintiff's counsel, as required by 28 U.S.C. §§ 1446(d).

WHEREFORE, the defendants, NEW PRIME, INC. and DAVID FEDDON, give notice that the lawsuit, captioned Juan Escobedo v. New Prime, Inc. and David Feddon., Case No. 2020 L 001689, which was filed in the Circuit Court of Cook County, Law Division, Illinois, is removed to the United State District Court for the Northern District of Illinois, Eastern Division.

**THE DEFENDANTS DEMAND TRIAL BY JURY**

    Respectfully submitted,

    THE HUNT LAW GROUP, LLC

    **/s Tyler J. Geppert**
    Tyler J. Geppert

Tyler J. Geppert (6322536)
Brian J. Hunt (6208397)
THE HUNT LAW GROUP, LLC
Attorneys for Defendants
10 South LaSalle Street, Suite 1450
Chicago, Illinois 60603
312-384-2300 (phone)
312-443-9391 (fax)
tgeppert@hunt-lawgroup.com
bhunt@hunt-lawgroup.com