12-Person Jury

FILED
2/10/2020 3:52 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL

FILED DATE: 2/10/2020 3:52 PM  2020L001689

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

JUAN ESCOBEDO, )
 ) No.   2020L001689
Plaintiff, )
 )
v. )
 )
NEW PRIME, INC., and )
DAVID FEDDON, )
 )
Defendants. )

## COMPLAINT

### COUNT I – NEGLIGENCE
*Juan Escobedo v. New Prime, Inc.*

NOW COMES Plaintiff, JUAN ESCOBEDO, by and through his attorneys, ARGIONIS & ASSOCIATES, LLC, and complaining of Defendants, NEW PRIME, INC., a Corporation, and DAVID FEDDON, and alleges as follows:

1. That on and prior to September 17, 2019 and for a long time prior thereto, the Defendant, NEW PRIME, INC., was a Corporation operating a 2017 Freightliner truck on Interstate 80 in the Township of New Lenox, State of Illinois.

2. That on and prior to September 17, 2019, and for a long time prior thereto, Defendant, DAVID FEDDON was an agent, apparent agent, and/or employee of Defendant NEW PRIME, INC.

3. That on September 17, 2019, and for a long time prior thereto, Defendant NEW PRIME, INC., possessed, operated, managed, maintained, and/or controlled, or had a duty to possess, operate, manage, maintain, and/or control, both directly and indirectly, individually and through its agents, apparent agents, and/or employees, the truck that Defendant, DAVID FEDDON, was operating on September 17, 2019.



4. That on September 17, 2019, and at all times relevant hereto, Defendant DAVID FEDDON was acting in the scope of his actual or apparent agency, and/or employment with Defendant, NEW PRIME, INC.

5. That on the aforesaid date, the Defendant DAVID FEDDON, was operating a freight line truck in the capacity of agent or apparent agent, and/or employee of the Defendant, NEW PRIME, INC., traveling westbound on Interstate 80 just east of Cherry Hill Rd., in the Township of New Lenox, State of Illinois.

6. That on September 17, 2019, Plaintiff, JUAN ESCOBEDO was operating a motor vehicle traveling westbound on Interstate 80 just east of Cherry Hill Rd., in the Township of New Lenox, State of Illinois.

7. That at said time and place, a collision occurred between the truck the Defendant, DAVID FEDDON was operating and the vehicle that Plaintiff, JUAN ESCOBEDO operating.

8. That at all times mentioned herein, it was the duty of the Defendants, and each of them, to exercise ordinary care for the safety of the Plaintiff.

9. That the Defendant, and each of them, was then and there guilty of one or more of the following careless and negligent acts and/or omissions:

    (a)  failed to keep his freight line truck from striking Plaintiff's vehicle;

    (b)  operated, controlled and drove said freight line truck into collision with Plaintiff's vehicle, which was the proximate cause of the injuries to the Plaintiff;

    (c)  failed to keep said freight line truck under proper and sufficient control;

    (d)  operated, controlled and drove said freight line truck so that as a direct and proximate result thereof, Plaintiff was injured;

    (e)  operated, controlled and drove said freight line truck without keeping a proper and sufficient lookout;

    (f)  drove the freight line truck at a speed which was greater than reasonable and proper, in violation of 625 ILCS 5/11-601;

FILED DATE: 2/10/2020 3:52 PM    2020L001689

(g)     failed to decrease the speed of said freight line truck so as to avoid colliding with the vehicle in which Plaintiff was operating;

(h)     drove said freight line truck without brakes adequate to control its movement, and to stop and hold it, in violation of 625 ILCS 5/12-301;

(i)     failed to give an audible warning with the horn on said freight line truck so as to give warning of its approach, in violation of 625 ILCS 5/12-601;

(j)     failed to use the turn signal before changing lanes, in violation of 625 ILCS 5/11-804;

(k)     failed to ensure that the adjacent lane was free from other motor vehicles lawfully on the highway before changing lanes, in violation of 625 ILCS 5/11-709;

(l)     failed to drive in a clearly marked lane of traffic, in violation of 625 ILCS 5/11-709;

(m)     failed to determine whether the adjacent lane was clear of traffic before attempting to move into the adjacent lane in violation of 625 ILCS 5/11-709(a);

(n)     failed to see and observe Plaintiff's vehicle when it could and should have been seen and observed;

(o)     failed to keep proper lookout for other vehicles before making a lane change

(p)     failed to stop said freight line truck in time to avoid said collision;

(q)     failed to properly maintain the brakes in violation of 625 ILCS 5/12-301;

(r)     failed to regularly inspect the brakes in violation of 625 ILCS 5/12-301;

(s)     otherwise failed to keep the freight line truck under proper control;

(t)     was otherwise careless and/or negligent.

10.     That the aforesaid careless and negligent acts and/or omissions of the Defendants, and each of them, were a proximate cause of said collision and Plaintiff JUAN ESCOBEDO's injuries.

11.     That as a direct and proximate result of one or more of the aforesaid careless and negligent acts and/or omissions of the Defendants, and each of them, Plaintiff JUAN ESCOBEDO then and there sustained severe and permanent injuries, and was, and will be, hindered and prevented from attending to his usual duties and affairs of life, and has lost, and will lose, the value of that time as aforementioned. Further, Plaintiff suffered great pain and anguish, both in mind

3

FILED DATE: 2/10/2020 3:52 PM 2020L001689

and body, and will, in the future, continue to suffer. Plaintiff further expended and became liable for, and will expend and become liable for, large sums of money for medical care and services endeavoring to become healed and cured of said injuries.

WHEREFORE, Plaintiff, JUAN ESCOBEDO., demands judgment against Defendants, NEW PRIME, INC., a Corporation, and DAVID FEDDON, and each of them, in a dollar amount to satisfy the jurisdictional limitation of this Court and such additional amounts as the jury and the Court shall deem proper, and additionally, costs of said suit.

### COUNT II (NEGLIGENCE)
*Juan Escobedo v. David Feddon*

NOW COMES Plaintiff, JUAN ESCOBEDO., by and through his attorneys, ARGIONIS & ASSOCIATES, LLC, and complaining of Defendants, NEW PRIME, INC., a Corporation, and DAVID FEDDON, and alleges as follows:

1. On and prior to September 17, 2019, Interstate 80 was a public roadway in the Township of New Lenox, State of Illinois.

2. That on September 17, 2019, Plaintiff, JUAN ESCOBEDO was operating a motor vehicle traveling westbound on Interstate 80, just east of Cherry Hill Rd., in the Township of New Lenox, State of Illinois.

3. On September 17, 2019, Defendant, DAVID FEDDON was operating a freight line truck in the capacity of apparent agent, servant, and/or employee of Defendant, NEW PRIME, INC., a Corporation, traveling westbound on Interstate 80, just east of Cherry Hill Rd. in the Township of New Lenox, Illinois.

4. At the aforesaid time and place, Defendant, DAVID FEDDON owed Plaintiff and others lawfully on the roads a duty to operate a motor vehicle safely and to exercise ordinary care

so as to not negligently cause injury to those persons lawfully on the roadway to include Plaintiff herein, JUAN ESCOBEDO.

5. That at the aforesaid time and place, the Defendant, DAVID FEDDON, did then and there, drive a 2017 freight line truck into a violent collision with the vehicle JUAN ESCOBEDO was operating.

6. In breach of his duty of care, Defendant, DAVID FEDDON was guilty of one or more of the following negligent acts and/or omissions:

   a. failed to keep his freight line truck from striking Plaintiff's vehicle;
   b. operated, controlled and drove said freight line truck into collision with Plaintiff's vehicle, which was the proximate cause of the injuries to the Plaintiff;
   c. failed to keep said freight line truck under proper and sufficient control;
   d. operated, controlled and drove said freight line truck so that as a direct and proximate result thereof, Plaintiff was injured;
   e. operated, controlled and drove said freight line truck without keeping a proper and sufficient lookout;
   f. drove the freight line truck at a speed which was greater than reasonable and proper, in violation of 625 ILCS 5/11-601;
   g. failed to decrease the speed of said freight line truck so as to avoid colliding with the vehicle in which Plaintiff was operating;
   h. drove said freight line truck without brakes adequate to control its movement, and to stop and hold it, in violation of 625 ILCS 5/12-301;
   i. failed to give an audible warning with the horn on said freight line truck so as to give warning of its approach, in violation of 625 ILCS 5/12-601;
   j. failed to use the turn signal before changing lanes, in violation of 625 ILCS 5/11-804;
   k. failed to ensure that the adjacent lane was free from other motor vehicles lawfully on the highway before changing lanes, in violation of 625 ILCS 5/11-709;
   l. failed to drive in a clearly marked lane of traffic, in violation of 625 ILCS 5/11-709;
   m. failed to determine whether the adjacent lane was clear of traffic before attempting to move into the adjacent lane in violation of 625 ILCS 5/11-709(a);
   n. failed to see and observe Plaintiff's vehicle when it could and should have been seen and observed;

FILED DATE: 2/10/2020 3:52 PM    2020L001689

o.  failed to keep proper lookout for other vehicles before making a lane change
p.  failed to stop said freight line truck in time to avoid said collision;
q.  failed to properly maintain the brakes in violation of 625 ILCS 5/12-301;
r.  failed to regularly inspect the brakes in violation of 625 ILCS 5/12-301;
s.  otherwise failed to keep the freight line truck under proper control;
t.  was otherwise careless and/or negligent.

7.  As a direct and proximate result of one or more of the aforesaid negligent and careless acts and/or omissions of the Defendant, DAVID FEDDON, Plaintiff, JUAN ESCOBEDO suffered injuries and damages of a personal, pecuniary and permanent nature.

WHEREFORE, Plaintiff, JUAN ESCOBEDO., demands judgment against Defendant, DAVID FEDDON in such an amount in excess of this Court's jurisdictional requisite as will fairly and adequately compensate Plaintiff for his injuries, losses and damages as herein above alleged, costs of suit, and any further relief which this Honorable Court finds fair and just.

WHEREFORE, Plaintiff, JUAN ESCOBEDO, demands judgment against Defendants, NEW PRIME, INC., a Corporation, and DAVID FEDDON, and each of them, in a dollar amount to satisfy the jurisdictional limitation of this Court and such additional amounts as the jury and the Court shall deem proper, and additionally, costs of said suit.

Respectfully submitted,

_____
Attorneys for Plaintiffs

ARGIONIS & ASSOCIATES
George G. Argionis
John D. Chambers
ARGIONIS & ASSOCIATES, LLC
180 N. LaSalle Street, Suite 1925
Chicago, IL 60601
(312) 782-4545
Attorney No: 44536
GGA@Argionislaw.com
JDC@Argionislaw.com

FILED
2/10/2020 3:52 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2020L001689

FILED DATE: 2/10/2020 3:52 PM 2020L001689

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| JUAN ESCOBEDO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **Please Serve** |
| NEW PRIME, INC., and | ) | David Lee Feddon |
| DAVID FEDDON, | ) | 2030 Heather Brook Drive |
| | ) | Tallahassee, FL 32312-5116 |
| Defendants. | ) | |

## SUMMONS

**YOU ARE SUMMONED** and required to file an answer in this case, or otherwise file your appearance in the office of the Clerk of this Court within thirty (30) days after service of this summons, not counting the day of service. **IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT, A COPY OF WHICH IS HERETO ATTACHED.**

To the officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than thirty (30) days after its date.

George G. Argionis
John Chambers
**ARGIONIS & ASSOCIATES, LLC**
180 North LaSalle Street
Suite 1925
Chicago, Illinois 60601
Tel.: (312) 782-4545
Fax: (312) 782-4545
Atty. No.: 44536

2/10/2020 3:52 PM DOROTHY BROWN

WITNESS_____, 2020

Clerk of the Court

Date of Service:_____, 2020

FILED
2/10/2020 3:52 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL

2020L001689

FILED DATE: 2/10/2020 3:52 PM 2020L001689

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

JUAN ESCOBEDO, )
)
Plaintiff, )
)
v. ) **Please Serve**
) Steve Crawford
) as registered agent of
NEW PRIME, INC., and ) NEW PRIME, INC.
DAVID FEDDON, ) 2740 North Mayfair Ave.
) Springfield, MO 65803-5084
Defendants. )

## SUMMONS

**YOU ARE SUMMONED** and required to file an answer in this case, or otherwise file your appearance in the office of the Clerk of this Court within thirty (30) days after service of this summons, not counting the day of service. **IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT, A COPY OF WHICH IS HERETO ATTACHED.**

To the officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than thirty (30) days after its date.

2/10/2020 3:52 PM DOROTHY BROWN

George G. Argionis
John Chambers
**ARGIONIS & ASSOCIATES, LLC**
180 North LaSalle Street
Suite 1925
Chicago, Illinois 60601
Tel.: (312) 782-4545
Fax: (312) 782-4545
Atty. No.: 44536

WITNESS_____, 2020

Clerk of the Court

Date of Service:_____, 2020

FILED
2/10/2020 3:52 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL

2020L001689

FILED DATE: 2/10/2020 3:52 PM   2020L001689

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| JUAN ESCOBEDO, ) | |
| ) | |
| Plaintiff, ) | |
| ) No. | |
| v. ) | |
| ) | |
| NEW PRIME, INC., and ) | |
| DAVID FEDDON, ) | |
| ) | |
| Defendants. ) | |

## JURY DEMAND

The undersigned demands a twelve (12) juror jury trial.

ARGIONIS & ASSOCIATES, LLC

_____
Attorney for Plaintiff

George G. Argionis
Al A. Koritsaris
**ARGIONIS & ASSOCIATES, LLC**
180 N. LaSalle Street - Suite 1925
Chicago, Illinois 60601
Tel.: 312-782-4545
ARDC No.: 6236638
gga@argionislaw.com
ak@argionislaw.com

1

FILED
2/10/2020 3:52 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL

2020L001689

FILED DATE: 2/10/2020 3:52 PM 2020L001689

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| JUAN ESCOBEDO | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. |
| v. | ) | |
| | ) | |
| NEW PRIME, INC., and | ) | |
| DAVID FEDDON, | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT PURSUANT TO SUPREME COURT RULE 222

The undersigned being duly sworn on oath hereby certifies pursuant to Supreme Court Rule 222 that:

1. I am the Plaintiff in the above-entitled action.

2. I am filing an action for personal injuries with the belief that the total money damages of this claim as it presently stands will exceed the sum of $50,000.00.

Further Affiant Sayeth Not.

_____
JUAN ESCOBEDO, by his attorney, George Argionis

SUBSCRIBED AND SWORN TO before
me this 10 day of February, 2020.

_____
Official Seal
Alfred Koritsaris
Notary Public, State of Illinois
My Commission Expires 03/19/2023

George Argionis
Al A. Koritsaris
Argionis & Associates, LLC
180 N. LaSalle - Suite 1925
Chicago, IL 60601
ARDC No.: 6236638
gga@argionislaw.com
ak@argionislaw.com